**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**LEONARD EARNEST ROYSTER,**
**JOGINDER CHEEMA, and**
**JAMES ANTHONY POMPEY,**

　　　　　　　Defendant.

Case No. 7:09-CR-15 (HL)

**ORDER**

　　　This case has been transferred to the undersigned. The case will be set for trial during the week of October 11, 2011 in Valdosta. A pretrial conference will be held on September 26, 2011 in Valdosta. Additional information about the pretrial conference will be sent out in the near future.

　　　**SO ORDERED**, this the 4th day of August, 2011.

　　　　　　　　　　　　　　*s/ Hugh Lawson*　　　　　　
　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh